12795.   STEPHENS *v.* FULFORD.

JENKINS, P. J.   The defendant claimed a set-off against the plaintiff in defense to an equitable foreclosure of a mortgage. This plea, failing to show any meritorious defense, under the answer of the Supreme Court to questions certified to it by this court (*Stephens* v. *Fulford*, 153 *Ga.* — (112 S. E. 894), was properly stricken.

*Judgment affirmed. Stephens, J., concurs.*

DECIDED JULY 24, 1922.

Foreclosure of mortgage; from Laurens superior court — Judge Kent. July 27, 1921.

*Adams & Camp,* for plaintiff in error.

*H. W. Nalley, R. D. Flynt,* contra.